UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRINGTON CLIVE CAMPBELL,<br><br>      Petitioner,<br><br>-against-<br><br>JUDITH ALMODOVAR, *New York Field Office Director, U.S. Immigration and Customs Enforcement*; TODD LYONS, *Acting Director, U.S. Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*,<br><br>      Respondents. | Case No. 1:25-cv-09509 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  By joint request of the parties, the hearing set for November 25, 2025, is adjourned until **December 3, 2025, at 10:30 a.m**.  Accordingly, Respondents' opposition deadline is extended to **November 21, 2025**, and Petitioners' reply deadline is extended to **November 25, 2025**.

Dated: November 19, 2025
     New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge