UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRINGTON CLIVE CAMPBELL,<br><br>       Petitioner,<br><br>-against-<br><br>JUDITH ALMODOVAR, *New York Field Office Director, U.S. Immigration and Customs Enforcement*; TODD LYONS, *Acting Director, U.S. Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*,<br><br>       Respondents. | Case No. 1:25-cv-09509 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Petitioner's initial master calendar hearing has been rescheduled to December 2, 2025. Dkt. 10 ¶ 16. The parties are to submit a joint letter to the Court on **December 3, 2025**, providing any available information regarding the procedural posture of Petitioner's asylum claim following the hearing.

Dated: December 2, 2025
     New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge