**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
BARRINGTON CLIVE CAMPBELL,

                        Petitioner,                    25 **CIVIL** 9509 (JLR)

        -against-                            **JUDGMENT**

JUDITH ALMODOVAR, New York Field Office
Director, U.S. Immigration and Customs Enforcement;
TODD LYONS, Acting Director, U.S. Immigration
and Customs Enforcement; KRISTI NOEM,
Secretary, U.S. Department of Homeland Security,

                      Respondents.
--------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated December 10, 2025, the petition for a writ of

habeas corpus is GRANTED. Respondents are directed to release Campbell from custody by

**December 10, 2025 at 12 p.m.** and certify compliance with the Court's order by filing an entry

on the docket no later than **December 11, 2025 at 5 p.m**; accordingly, the case is closed.

**DATED:**  New York, New York
             December 10, 2025

                                  **TAMMI M. HELLWIG**
                                     _____
                                   **Clerk of Court**

              **BY:**              K. Mango

                                    _____
                                     **Deputy Clerk**